

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

October 18, 2023

<u>VIA ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                      **Re:**    *Bishop v. Bloomfield College And Seminary,*
                                   <u>Case No.: 1:23-cv-6052</u>

Dear Judge Gardephe,

      The undersigned represents Cedric Bishop ("Plaintiff") in the above referenced matter against Defendant, Bloomfield College And Seminary ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                                     Respectfully submitted,

                                                                  <u>/s/Michael A. LaBollita, Esq.</u>
                                                                      Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

**MEMO ENDORSED:**  The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, any party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date:  October 23, 2023