UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, | |
| Plaintiffs, | No.: 1:23-cv-6052 |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| BLOOMFIELD COLLEGE AND SEMINARY, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BLOOMFIELD COLLEGE AND SEMINARY, with prejudice and without fees and costs.

Dated: New York, New York
June 24, 2024

          **GOTTLIEB & ASSOCIATES PLLC**

          <u>/s/Michael A. LaBollita, Esq.</u>

          Michael A. LaBollita, Esq., (ML-9985)
          150 East 18th Street, Suite PHR
          New York, NY 10003
          Phone: (212) 228-9795
          Fax: (212) 982-6284
          Michael@Gottlieb.legal

          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge